UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CLOSE,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO.  1:17-cv-00310-AWI-JLT<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 9) |

The parties' Stipulation to Continue the Scheduling Conference is approved.  The Scheduling Conference in this case shall be continued from May 12, 2017, at 9:00 a.m. until __May 17, 2017__ at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: _____April 26__, 2017

_____
Honorable Jennifer L. Thurston
United States Magistrate Judge