# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CLOSE,<br><br>        Plaintiff,<br><br>        v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No.: 1:17-cv-00310-AWI -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 13) |

On June 5, 2017, Defendant notified the Court that the parties "have reached a settlement of all claims and causes of action," and are in the process of preparing a stipulation for dismissal. (Doc. 13) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed no later than **July 6, 2017**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **June 7, 2017**                      **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE