PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON


BERNARD R. SCHWAM
LAW OFFICES OF BERNARD R. SCHWAM
16133 Ventura Blvd., Penthouse
Encino, CA 91436
Telephone: (818) 986-3775
Facsimile: (818) 788-3153
Email: bschwam@sbcglobal.net

Attorneys for Plaintiff,
LARRY CLOSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CLOSE,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>        Defendant. | CASE NO. 1:17-cv-00310-AWI-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**(Doc. 15)** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, LARRY CLOSE, and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: June 30, 2017       ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

Dated: June 30, 2017       LAW OFFICES OF BERNARD R. SCHWAM

By: */s/ Bernard R. Schwam*
BERNARD R. SCHWAM
Attorneys for Plaintiff
LARRY CLOSE

## **ORDER**

The parties have stipulated to dismiss this case with each party shall bear its own attorney's fees and costs. The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action;

IT IS SO ORDERED.

Dated:  **June 30, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE